No. 281. Ex parte Coll, Notario Público.—Solicitud de

la National Surety Company para que se dé por terminada la fianza notarial No. 1617 otorgada por dicha compañía el 14 de .mayo de 1914 para garantir las funciones notariales del abogado Don José Coll y Cuchí. Resuelto en noviembre 10, 1914. Se da por terminada dicha fianza a partir .del 8 de enero de 1915. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.